925 F.2d 417
 McMeans (Donald C.)
v.
Township of Waterford, Twp. of Waterford Zoning Board of
Adjustment, Twp. of Waterford Planning Bd., Rocco
(Dominick), Waterford Citizens Committee, Balsama (Frank),
Ludovich (Nick), Scafidi (Peter), Baroty (Joan), Asbury Park
Press, Mellon Bank (East) National Association, Wometco
Enterprises, Milstead (Richard), Leonard (Hugh), Gambardella
(Rosemary), Gruccio (James), Ruttenberg (Fred)
 NO. 90-5674
 United States Court of Appeals,
Third Circuit.
 JAN 31, 1991
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.